AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Cirilo Alexander MARTINEZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)  EP20MJ2194-MAT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 8, 2020__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 952 | Defendant unlawfully imported into the United States from Mexico a controlled substance, Heroin 1.08 kgs (2.4 lbs) gross weight. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Vicente Ortega, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/09/2020

_____
*Judge's signature*

City and state: El Paso, Texas

Miguel A. Torres US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

On April 8, 2020, Cirilo Alexander MARTINEZ applied for entry into the United States (US) at the Ysleta Port of Entry (POE) in El Paso, Texas. MARTINEZ was the driver and sole occupant of a green 2006 Jeep Commander bearing TX license plates MTT4237.

US Customs and Border Protection Officer (CBPO) V. Aranda was conducting vehicle primary inspections duties at the POE and met with MARTINEZ. CBPO Aranda asked MARTINEZ what his citizenship was, to which MARTINEZ replied he was a US citizen. CBPO Aranda observed that MARTINEZ stated the vehicle is mine, even though CBPO Aranda had not asked him MARTINEZ. CBPO Aranda took a negative declaration from MARTINEZ. CBPO Aranda also observed that when she asked MARTINEZ how much money he was bringing, MARTINEZ grabbed his wallet, opened it, and stated this is how much money I'm brining. CBPO Aranda asked CBP Canine Enforcement Officer (CEO) J. Ponce to assist her inspecting the vehicle. CEO Ponce observed that CBP canine Cay-A alerted to the undercarriage of the vehicle.

CBPO D. Oropeza also assisted during the inspection. CBPO Oropeza observed that MARTINEZ was giving short quick answers while he was obtaining a declaration. CBPO Oropeza obtained a negative declaration from MARTINEZ.

During an inspection of the vehicle, CBPO G. Herrera and Supervisory CBPO J. Downey noticed what appeared to be an aftermarket compartment built into the undercarriage of the vehicle, which was above the spare tire area. CBPOs discovered a trap door under the rear seat of the vehicle. CBPOs found one (1) wrapped bundle, inside the trapdoor. The bundle contained a black sticky substance, which field-tested positive for the properties of heroin using a 922 test kit. The approximately total weight of the bundle was 1.08 kilograms (2.4 lbs.).

Homeland Security Investigations (HSI) Special Agents (SA) Vicente Ortega and Rogelio Quinonez were called to investigate. SA Ortega advised MARTINEZ of his Miranda warnings in the Spanish language with SA Quinonez as a witness. MARTINEZ waived his rights and agreed to make a statement without an attorney present. The interview was recorded with an audio and visual recording device as per HSI policy.

MARTINEZ confessed he had agreed to transport narcotics from Ciudad Juarez, Chihuahua to El Paso, Texas in exchange for money.